COLEMAN *et al. v.* HARRISON *et al.*

HILL, J. This case is controlled by the decision in the case of *Coleman* v. *Harrison*, ante. *Judgment reversed. All the Justices concur.*

No. 6731. JULY 12, 1929. REHEARING DENIED AUGUST 7, 1929.

*J. V. Kelley,* for plaintiffs in error.

*P. M. Anderson, W. T. Burkhalter,* and *Dickerson & Kelley,* for defendants.